**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | NO.  P-14-CR-073(2) |
| | ) | |
| Plaintiff, | ) | **E N H A N C E M E N T** |
| | ) | **I N F O R M A T I O N** |
| VS. | ) | [VIO: 21 U.S.C. § 841(b)(1)(C) & |
| | ) | 21 U.S.C. § 851- |
| **HECTOR SOLIS, JR.,** | ) | Enhancement Information, |
| | ) | Prior Felony Drug Offense |
| | ) | Conviction] |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES**:

That the Defendant,

**HECTOR SOLIS, JR.,**

is a person who has been convicted of felony drug offense on the following occasion:

1) On or about January 12, 2001, the Defendant was convicted and sentenced for Possession with intent to distribute approximately 23.3 grams of a mixture or substance containing a detectable amount of cocaine, in the United States District Court, District of Kansas, Cause Number 5:98CR40066-001.  The Defendant was sentenced to a term of imprisonment of 24 months, a term of supervised release of three (3) years, and a $100.00 special assessment.

Pursuant to Title 21, United States Code, Section 851, the United States Attorney hereby notifies the Defendant that upon his conviction for the offense charged in Count of the above-numbered Indictment, the government will request the Court to enhance Defendant's sentence for said offenses pursuant to the sentencing provisions of Title 21, United States Code, Section 841(b)(1)(C).  Due to the Defendant's prior felony drug

convictions, this statute provides for a for a maximum term of thirty (30) years imprisonment; for a term of supervised release of at least six (6) years; a fine of up to $2,000,000.00 on each count, and that, notwithstanding any other provision of law, the Court shall not suspend the sentence of, or grant a probationary sentence to Defendant, nor shall Defendant be eligible for parole.

                                              Respectfully submitted,

                                              ROBERT PITMAN
                                              United States Attorney


                                  By:    _____/S/_____
                                              MONTY KIMBALL
                                              Assistant United States Attorney

CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of March, 2014, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Jesse Gonzales
Fort Stockton, Texas
Attorney for the Defendant

              /s/
             MONTY KIMBALL