

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED APR 10 2014 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>V.<br><br>HORACIO GARDEA-MARRUFO,<br>HECTOR SOLIS, JR.,<br><br>        Defendants, | NO. P-14-CR-073<br>**S U P E R C E D I N G**<br>**I N D I C T M E N T**<br>[Vio: 21 USC 841(a)(1),<br>Possession marihuana with<br>intent to distribute] |

**The Grand Jury Charges:**

Count One
[21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2]

On or about February 4, 2014, in the Western District of Texas, Defendants,

HORACIO GARDEA-MARRUFO,
HECTOR SOLIS, JR.,

and others, aiding and abetting one another, knowingly did possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marihuana, a controlled substance.

A violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

# UNITED STATES OF AMERICA'S NOTICE OF DEMAND FOR FORFIETURE

## I.
### Controlled Substances Violations and Forfeiture Statutes
[Title 21 U.S.C. § 841(a)(1), subject to forfeiture pursuant to
Title 21 U.S.C. §§ 853(a)(1) and (2). *See* Fed. R. Crim. P. 32.2]

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to Defendants HORACIO GARDEA-MARRUFO (1) and MANUEL HECTOR SOLIS, JR. (2) of its intent to seek the forfeiture of the property described below upon conviction pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2), which state the following:

**Title 21 U.S.C. § 853. Criminal forfeitures**
**(a) Property subject to criminal forfeiture**
Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law-
**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This notice of forfeiture includes but is not limited to the property described below:

**$6,660.00, More or Less, in United States Currency.**

A True Bill.

_____
Foreperson

Robert Pitman
United States Attorney

*Monty Kimball* (signature)

Monty Kimball
Assistant United States Attorney