UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
MAY 30 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, § | |
| Plaintiff. § | |
| vs. § | CASE NO: P-14-CR-073(2) |
| HECTOR SOLIS, JR., § | |
| Defendant. § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, HECTOR SOLIS, JR., the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 30 day of May, 2014.

_____
HECTOR SOLIS, JR.,
Defendant

_____
Alejandro Dominguez,
Attorney for Defendant

_____
MONTY KIMBALL
Assistant United States Attorney