UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
MAY 30 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Government Exhibit No. 2 |
| Plaintiff, | ) | |
| V. | ) | NO. P-14-CR-073(2) |
| HECTOR SOLIS, JR., | ) | |
| Defendant. | ) | |

## FACTUAL BASIS

The United States was prepared to show the following facts through competent evidence beyond a reasonable doubt that the Defendant is guilty had this case gone to trial. The defendant and his/her attorney have signed this factual basis. By signing this factual basis the Defendant admits and stipulates that the following facts are true and accurate and that they support his/her plea of guilt and that the Defendant admits guilt.

On or about FEBRUARY 4, 2014, in the Western District of Texas, the Defendant, aided and abetted by others, did knowingly possess marihuana, a controlled substance, in the amount of 50.04 kilograms, with intent to distribute it.

Hector Solis, Jr., admits and stipulates that he is the same person convicted and sentenced on January 12, 2001, for possession with intent to distribute approximately 23.3 grams of a mixture or substance containing a detectable amount of cocaine in the United States District Court, District of Kansas, Cause Number 5:98CR40066-001, wherein he was sentenced to a term of imprisonment of 24 months, followed by three (3) years of supervised release.

Signed this 30 day of May, 2014.

HECTOR SOLIS, JR
Defendant

MONTY KIMBALL
Assistant United States Attorney

Alejandro Dominguez,
Defense Counsel